ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA BAR No. 193531)
Trial Attorney
230 N. First Ave, Suite 204
Phoenix, Arizona 85003
E-mail: larry.watson@usdoj.gov
(602) 682-2607

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>GRANITE DELLS RANCH HOLDINGS, LLC,<br><br>CAVAN MANAGEMENT SERVICES, LLC,<br><br>                  Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:12-bk-04962-EPB<br><br>Case No. 2:12-bk-20222-EPB<br><br>(Jointly Administered under Case No. 2:12-bk-04962-EPB) |
| This pleading relates to:  ☐ Granite Dells Ranch Holdings<br>  ■ Cavan Management Services | **UNITED STATES TRUSTEE'S EX-PARTE MOTION FOR IMMEDIATE ENTRY OF STIPULATED AGREEMENT AND ORDER APPROVING CONSENSUAL APPOINTMENT OF CHAPTER 11 TRUSTEE** |

      The United States Trustee for the District of Arizona (the "U.S. Trustee"), pursuant to Local Rule 9013-1, hereby moves the Court on an ex-parte basis for the immediate entry of the attached *Stipulated Agreement and Order Approving Consensual Appointment of Chapter 11 Trustee* (the "Agreed Order").

1

### Statutory Predicate and Procedural History

Arizona Eco Development, LLC ("AED"), a creditor of this bankruptcy estate has previously filed a motion on an emergency basis for the appointment of a chapter 11 trustee for "cause" pursuant to 11 U.S.C. § 1104(a) (the "Trustee Motion"). *See* Court's Docket Entry [D.E.] No.4. The creditors who joined the Trustee Motion are Signatories to the Agreed Order. No non-insider related entity has opposed the Trustee Motion.

The United States Trustee for the District of Arizona ("U.S. Trustee") has conducted an ongoing review of the facts and circumstances surrounding this case. In light of that review, the level of creditor body distrust, the amount of litigation that is ongoing, the lapse of the Debtor's exclusivity period to file a plan of reorganization, and the inability to reorganize this Debtor's business affairs, the U.S. Trustee has determined it is in the best interests of all parties to this case that a chapter 11 trustee be appointed in this case.

Rather than file her own motion to appoint a chapter 11 trustee, the U.S. Trustee has engaged in discussions with the Debtor and creditors who have been active in this case to reach a consensual resolution to appoint a chapter 11 trustee in this case.

### The Appointment of a Chapter 11 Trustee Is Unopposed

Through discussions with the U.S. Trustee, the Debtor, AED and active members of the creditor body have all agreed to the consensual appointment of a chapter 11 trustee subject to the terms of the attached Agreed Order.

### Grounds for Granting this Ex-Parte Motion

Other than the Debtor and related insider entities, no other parties have filed objections or otherwise appeared in opposition to the Trustee Motion. The Debtor and its insiders have now consented to the appointment of chapter 11 trustee pursuant to the terms of the Agreed Order. The Court's immediate entry of the Agreed Order is consistent with the United States Bankruptcy Code 11 U.S.C. §§ 1104(a) and 1112(b). Finally, there are no parties who will be prejudiced by the entry of the Agreed Order. Any party in interest

2

can still seek an Order converting this case to a chapter 7 proceeding or file their own plan of reorganization if they determine the need to do so. In the meantime, the bankruptcy estate will remain protected by an independent third party fiduciary.

Therefore, the U.S. Trustee respectfully requests the Court to immediately enter the attached Agreed Order that has been uploaded concurrently herewith to the Court for signature.

*Respectfully submitted* this 18th day of April, 2013.

**UNITED STATES TRUSTEE**
District of Arizona
Ilene J. Lashinsky, Esq.


 /s/ Larry L. Watson
Larry L. Watson
Trial Attorney