ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA BAR No. 193531)
Trial Attorney
230 N. First Ave, Suite 204
Phoenix, Arizona 85003
E-mail: larry.watson@usdoj.gov
(602) 682-2607

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>GRANITE DELLS RANCH HOLDINGS, LLC,<br><br>CAVAN MANAGEMENT SERVICES, LLC,<br><br>                Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:12-bk-04962-EPB<br><br>Case No. 2:12-bk-20222-EPB<br><br>(Jointly Administered under Case No. 2:12-bk-04962-EPB) |
| This pleading relates to: ☐ Granite Dells Ranch Holdings<br>■ Cavan Management Services | **NOTICE OF FILING:**<br><br>**PROPOSED CHAPTER 11 TRUSTEE'S VERIFIED STATEMENT** |

**NOTICE IS HEREBY PROVIDED** that the United States Trustee for the District of Arizona (the "UST") hereby files the attached Verified Statement of Maureen Gaughan as the proposed chapter 11 trustee in the Cavan Management Services, LLC, Case No. 2:12-bk-20222-EPB bankruptcy proceeding.

1

RESPECTFULLY SUBMITTED this 18th day of April, 2013.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


 /s/ Larry L. Watson
LARRY L. WATSON
Trial Attorney

2