# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>GRANITE DELLS RANCH HOLDINGS, LLC,<br><br>CAVAN MANAGEMENT SERVICES, LLC,<br>                 Debtors. | Proceedings Under Chapter 11<br><br>Case No. 2:12-bk-04962-EPB<br><br>Case No. 2:12-bk-20222-EPB<br><br>(Jointly Administered under Case No. 2:12-bk-04962-EPB) |
| This pleading relates to:  ☐ Granite Dells Ranch Holdings<br>                   ■ Cavan Management Services | **STIPULATED AGREEMENT AND ORDER APPROVING CONSENSUAL APPOINTMENT OF CHAPTER 11 TRUSTEE** |

The above captioned debtor, Cavan Management Services, LLC ("Debtor"), originally filed its voluntary petition for chapter 11 bankruptcy relief on September 11, 2012. Immediately thereafter, on September 12, 2012, Arizona Eco Development, LLC ("AED"), a creditor of this bankruptcy estate filed a motion on an emergency basis for the appointment of a chapter 11 trustee for "cause" pursuant to 11 U.S.C. § 1104(a). *See* Court's Docket Entry [D.E.] No.4. Since that time the Debtor, AED and other parties have been engaged in significant discovery battles concerning the financial affairs of the Debtor and its related entities.

The United States Trustee for the District of Arizona (the "U.S. Trustee") has conducted an ongoing review of the facts and circumstances surrounding this case. In light of that review, the level of creditor body distrust, the amount of litigation that is ongoing, the lapse of the Debtor's exclusivity period to file a plan of reorganization, and the inability to reorganize this Debtor's business affairs, the U.S. Trustee has determined it is in the best interests of all parties to this case that a chapter 11 trustee be appointed in this case. Rather than file her own motion to appoint a chapter 11 trustee, the U.S. Trustee engaged in discussions with the Debtor and creditors who have been active in this case, to reach a consensual resolution to appoint a chapter 11 trustee in this case.

BASED UPON discussions with the U.S. Trustee, the Debtor and active members of the creditor body have agreed to the consensual appointment of a chapter 11 trustee; and

WHEREAS each of the signatories ("Signatories") hereto have consulted with the United States Trustee regarding the appointment of a chapter 11 trustee in this case; and

WHEREAS the U.S. Trustee solicited each of the Signatories for names of potential trustee candidates to act as the chapter 11 trustee in this case; and

WHEREAS, each of the Signatories provided an acceptable pool of prospective chapter 11 trustee candidates; and

WHEREAS the U.S. Trustee in the exercise of her independent discretion has selected Maureen Gaughan for appointment to serve as a chapter 11 trustee in this case;

IT IS HEREBY AGREED AND STIPULATED by the Signatories that a chapter 11 trustee be immediately appointed in this chapter 11 case (the "Stipulation").

Based upon this Stipulation, **the United States Trustee** pursuant to Fed. R. of Bankr. P. 2007.1(b) and 11 U.S.C. § 1104(d) **hereby applies to the Court for the immediate appointment** of Maureen Gaughan as chapter 11 Trustee in this case.

The Court having reviewed and considered the above stipulation and agreement as evidenced by the Signatories hereto, together with the U.S. Trustee's application for appointment, and good cause appearing:

**THE COURT HEREBY ORDERS THAT:**

A. The U.S. Trustee's application for the appointment of Maureen Gaughan to serve as a chapter 11 trustee in this case is hereby approved.

**SIGNED & DATED ABOVE**

STIPULATED AND AGREED AS TO FORM AND CONTENT:

**CARMICHEL & POWELL, PC**
Attorneys for Debtor

*/s/ Cindy L. Greene*
Cindy L. Greene

**SNELL & WILMER, LLP**
Attorneys for Arizona Eco Development, LLC

_____
Donald L. Gaffney
Benjamin W. Reeves
Evans O'Brien

**MOYES SELLERS & HENDRICKS, LTD**
Attorneys for MMA Realty Capital, LLC

_____
Keith L. Hendricks
Stephen Brower

**UNITED STATES TRUSTEE**
District of Arizona
Ilene J. Lashinsky, Esq.

*/s/ Larry L. Watson*
Larry L. Watson
Trial Attorney

**PERKINS COIE, LLP**
Attorneys for U.S. Bank, NA

*/s/ Richard M. Lorenzen*
Richard M. Lorenzen

Case 2:12-bk-04962-EPB    Doc 669    Filed 04/19/13    Entered 04/22/13 08:41:53    Desc
Main Document    Page 3 of 5

The Court having reviewed and considered the above stipulation and agreement as evidenced by the Signatories hereto, together with the U.S. Trustee's application for appointment, and good cause appearing:

THE COURT HEREBY ORDERS THAT:

A. The U.S. Trustee's application for the appointment of Maureen Gaughan to serve as a chapter 11 trustee in this case is hereby approved.

SIGNED & DATED ABOVE

STIPULATED AND AGREED AS TO FORM AND CONTENT:

**CARMICHEL & POWELL, PC**
Attorneys for Debtor

**UNITED STATES TRUSTEE**
District of Arizona
Ilene J. Lashinsky, Esq.

Cindy L. Greene

Larry L. Watson
Trial Attorney

**SNELL & WILMER, LLP**
Attorneys for Arizona Eco Development, LLC

**PERKINS COIE, LLP**
Attorneys for U.S. Bank, NA

Donald L. Gaffney
Benjamin W. Reeves
Evans O'Brien

Richard M. Lorenzen

**MOYES SELLERS & HENDRICKS, LTD**
Attorneys for MMA Realty Capital, LLC

Keith L. Hendricks
Stephen Brower

3 of 3

The Court having reviewed and considered the above stipulation and agreement as evidenced by the Signatories hereto, together with the U.S. Trustee's application for appointment, and good cause appearing:

THE COURT HEREBY ORDERS THAT:

    A.    The U.S. Trustee's application for the appointment of Maureen Gaughan to serve as a chapter 11 trustee in this case is hereby approved.

SIGNED & DATED ABOVE

STIPULATED AND AGREED AS TO FORM AND CONTENT:

| | |
|---|---|
| **CARMICHEL & POWELL, PC**<br>Attorneys for Debtor | **UNITED STATES TRUSTEE**<br>District of Arizona<br>Ilene J. Lashinsky, Esq. |
| _____<br>Cindy L. Greene | _____<br>Larry L. Watson<br>Trial Attorney |
| **SNELL & WILMER, LLP**<br>Attorneys for Arizona Eco Development, LLC | **PERKINS COIE**<br>Attorneys for U.S. Bank, NA |
| _____<br>Donald L. Gaffney<br>Benjamin W. Reeves<br>Evans O'Brien | _____<br>Richard M. Lorenzen |

**MOYES SELLERS & HENDRICKS**
Attorneys for MMA Realty Capital, LLC

_/s/ Keith L. Hendricks_____
Keith L. Hendricks
Stephen Brower

Case 2:12-bk-04962-EPB    Doc 669    Filed 04/19/13    Entered 04/22/13 08:41:53    Desc
Main Document    Page 5 of 5