Alan A. Meda (AZ Bar #009213)
Alisa C. Lacey (AZ Bar #010571)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925

Attorneys for GDRH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>GRANITE DELLS RANCH HOLDINGS, LLC,<br>Debtor. | Chapter 11<br>Case No. 2:12-bk-04962-EPB<br><br>**REQUEST FOR PRODUCTION** |

**NOTICE IS HEREBY GIVEN** that Granite Dells Ranch Holdings, LLC ("GDRH") requests, pursuant to Fed. R. Bankr. P. 9014(c) and 7034, incorporating Fed. R. Civ. P. 34, that Arizona Eco Development, LLC, an Arizona limited liability company ("AED") produce and permit the inspection and copying of the following documents in AED's possession or to which AED has access at the place, date and time specified below:

1. Any and all invoices, bills or billing statements for legal services provided to AED Eco Development, LLC by Snell and Wilmer from March 13, 2012 through March 27, 2013 related to Debtor's bankruptcy case (Case No. 2:12-bk-04962-EPB).

For purposes of this Request for Production, the term "Document" includes all "documents and tangible things" to the very broadest extent included within the scope of the Fed. R. Civ. P. 34 (as incorporated by Fed. R. Bankr. P. 7034), including but not limited to, the originals and all drafts and copies, together with any annotations or highlighted copies containing all or part of the information requested, in the possession, custody or control of you, your attorneys, representatives, employees, agents or any other natural person or business or legal entity acting or purporting to act for or on your behalf, of their respective directors, officers, representatives, employees or agents, as the case may be. Also, the term "Document" or "writing" means any medium whatsoever, including all electronic, recorded and digital media of any kind, upon which intelligence or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any written material, correspondence, electronic mail, note, file, book, pamphlet, printout, chart, record, report, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice bill, order form, receipt, financial statement, accounting entry, diary, draft, working paper, chart, paper, print, drawing, sketch, graph, index, list, and any written, recorded,

transcribed, punched, taped, filmed, or graphic matter whatsoever, however produced or reproduced, which is in Your possession, custody, or control or which was, but is no longer, in Your possession, custody, or control. The term "Document" or "writing" shall also include all copies or drafts of Documents by whatever means made, including specifically but not exclusively, those copies bearing commentary or notations not appearing on the original.

**DATE AND TIME OF PRODUCTION**:  Friday, July 5, 2013
5:00 p.m.

**PLACE OF PRODUCTION**: Stinson Morrison Hecker LLP
1850 N. Central Avenue, #2100
Phoenix, Arizona 85004-4584

DATED this June 4, 2013.

**STINSON MORRISON HECKER LLP**

By: /s/ Alan A Meda (#009213)
Alan Meda
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for GDRH

COPY of the foregoing sent this June 4, 2013, to:

Arizona Eco Development, LLC
Custodian of Records
5600 N. Palo Christi Rd
Paradise Valley, AZ 85253

ZG Law Agent Services, LLC
Zwillinger Greek Zwillinger & Knecht PC
2425 E Camelback Rd. #600
Phoenix, AZ 85016
Statutory Agent for AED Eco Development, LLC

Jason Gisi
3200 Lakeside Village Dr. #201
Prescott, AZ 86301
Representative and agent of AED Eco Development, LLC

| | |
|---|---|
| 1 | Donald L. Gaffney, Esq. |
| | Benjamin W. Reeves, Esq. |
| 2 | Evans A. O'Brien, Esq. |
| | SNELL & WILMER, LLP |
| 3 | One Arizona Center |
| | 400 East Van Buren |
| 4 | Phoenix AZ 85004-2202 |
| | dgaffney@swlaw.com |
| 5 | breeves@swlaw.com |
| | eobrien@swlaw.com |
| 6 | Attorneys for Arizona ECO Development, |
| 7 | LLC |
| | |
| 8 | Christopher Kaup |
| | TIFFANY & BOSCO PA |
| 9 | 2525 E Camelback Rd |
| | Phoenix AZ 85016-9240 |
| 10 | crk@tblaw.com |
| | Attorneys for The Gregory Stanford Family |
| 11 | Trust |
| | |
| 12 | Warren J. Stapleton |
| | Osborn Maledon |
| 13 | 2929 N Central Ave, 21st Floor |
| | Phoenix AZ 85012-2793 |
| 14 | wstapleton@omlaw.com |
| | Attorneys for Unofficial Ad Hoc Committee |
| 15 | |
| | Michael W. Carmel |
| 16 | 80 E Columbus |
| | Phoenix, AZ 85012 |
| 17 | Michael@mcarmellaw.com |
| | Attorneys for Avion Holdings LLC |
| 18 | |
| 19 | |
| | By: /s/ Rebecca J McGee |
| 20 | Rebecca J. McGee |